# EXHIBIT A

CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI
**24-C-09652-S**
**10/17/2024 3:30 PI**
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

# Deidre Smith

CIVIL ACTION  24-C-09652-S5
NUMBER:

PLAINTIFF

VS.

# Marriott Hotel Services, LLC

*c/o* CT Corporation System - 289 S. Culver Street

# Lawrenceville, Georgia 30046

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Shellea D. Crochet
P.O. Box 57007
Atlanta, Georgia 30343
Phone No. 404-965-1960

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 17th day of October, 2024 day of _____, 20____.

Tiana P. Garner
**Clerk of State Court**

By_____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGI
**24-C-09652-S**
**10/17/2024 3:30 PI**
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Deidre Smith**

_____

_____

PLAINTIFF

VS.

**Marriott International, Inc.**

c/o CT Corporation System - 289 S. Culver Street

**Lawrenceville, Georgia 30046**

DEFENDANT

CIVIL ACTION
NUMBER: 24-C-09652-S5

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Shellea D. Crochet
P.O. Box 57007
Atlanta, Georgia 30343
Phone No. 404-965-1960

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____ 17th day of October, 2024 _____, 20____.

Tiana P. Garner
**Clerk of State Court**

By_____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

CLERK OF STATE COUR
GWINNETT COUNTY, GEORG
**24-C-09652-S**
**10/17/2024 3:30 PI**
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

DEIDRE SMITH,                                )
                                             )
         Plaintiff,                          )
                                             )        CIVIL ACTION FILE NO.:
                                             )
                                             )        24-C-09652-S5
vs.                                          )
                                             )
MARRIOTT INTERNATIONAL, INC.; AND            )        **JURY TRIAL DEMANDED**
MARRIOTT HOTEL SERVICES, LLC                 )
                                             )
                                             )
         Defendants.                         )

### COMPLAINT FOR DAMAGES

Plaintiff DEIDRE SMITH files this Complaint for Damages and brings the following causes of action against Defendants MARRIOTT INTERNATIONAL, INC. and MARRIOTT HOTEL SERVICES, LLC, and showing this Honorable Court as follows:

Parties, Jurisdiction, & Venue

1.

Plaintiff is a Georgia resident.

2.

Defendant MARRIOTT INTERNATIONAL, INC. (hereinafter "Marriott") is a Foreign Profit Corporation authorized to transact business in the State of Georgia with a registered agent for service of process, CT Corporation System, who is located at 289 S. Culver Street, Lawrenceville, GA, 30046. Service of process can be perfected upon Defendant at that address.

1

3.

Defendant MARRIOTT HOTEL SERVICES, LLC (hereinafter "Marriott Hotel Services") is a Foreign Limited Liability Company authorized to transact business in the State of Georgia with a registered agent for service of process, CT Corporation System, who is located at 289 S. Culver Street, Lawrenceville, GA, 30046. Defendant Marriott Hotel Services has at least one member that resides in the State of Georgia. Service of process can be perfected upon Defendant at that address.

4. ·

Defendants are subject to the venue and jurisdiction of this Court as joint tortfeasors.

Background Facts

5.

At all material times, Defendant Marriott owned, managed, operated, or otherwise provided services for the Atlanta Marriott Marquis located at, 265 Peachtree Center Ave NE, Atlanta, GA 30303 on or about October 13, 2023 (the "Premises").

6.

At all material times, Defendants owned, managed, operated, or otherwise provided services for the Atlanta Marriott Marquis located at, 265 Peachtree Center Ave NE, Atlanta, GA 30303 on or about October 13, 2023 (the "Premises").

7.

On or about October 13, 2023, Plaintiff was lawfully at the Premises when she slipped and fell on a wet floor (the "Incident").

8.

There were no wet floor signs indicating that the floor was wet.

2

9.

As a result of the Incident, Plaintiff was injured.

10.

Defendants negligently caused Plaintiff's injuries.

11.

At all relevant times, Plaintiff exercised reasonable care for her own safety.

12.

As the direct and proximate result of Defendants' negligence, Plaintiff suffered bodily injuries; pain and suffering; expenses of medical care, diagnosis, and treatment; loss of consortium; lost capacity for the enjoyment of life; and other economic and non-economic damages to be proven at trial. Plaintiff's damages are continuing in nature and Plaintiff will continue to incur general and special damages in the future.

13.

As the direct and proximate result of Defendants' negligence, Plaintiff suffered, continues to suffer, and may recover, general and special damages as allowed by applicable law. Plaintiff will continue to incur such losses in the future.

Count I – Active Negligence

14.

Plaintiff repeats and realleges paragraphs 1 through 13 above, verbatim.

15.

At all material times, Defendants controlled the mode, manner, and means by which they operated the Premises. Under Defendants' mode, manner, and means of operating their business, injuries were reasonably foreseeable.

3

16.

Defendants' chosen mode and manner of operation of the Premises required Defendants to implement safety procedures to mitigate or eliminate foreseeable risks of harm and resulting injuries.

17.

Defendants owed visitors and customers a duty to use ordinary care to guard against foreseeable risks of harm caused by Defendants' mode, manner, and means of operating the Premises.

18.

Defendants had a duty to develop, implement, maintain, comply with, and enforce a safety program or appropriate safety measures, including adequate inspection and repair procedures, to protect visitors and customers from the foreseeable risks of harm arising from their operation of the Premises.

19.

Defendants breached their duty to Plaintiff by negligently failing to exercise reasonable care to protect her from foreseeable risks of harm.

20.

While operating the Premises, Defendants negligently failed to exercise reasonable care to protect Plaintiff from foreseeable risks of harm in one or more of the following ways:

(i)     Defendants failed to maintain a safety protocol to protect visitors and customers from the foreseeable risk of injuries caused by the wet floor;

(ii)    Defendants' safety program was inadequate to protect visitors and customers from the foreseeable risk of injuries caused by the wet floor;

4

(iii)   Defendants negligently failed to comply with, carry out, and enforce their inspection protocols or procedures;

(iv)   Defendants negligently failed to train their employees, contractors, agents, and/or representatives to properly implement their safety program;

(v)   Defendants failed to supervise their employees, contractors, agents, and/or representatives to ensure compliance with their safety program; and/or

(vi)   Defendants failed to warn Plaintiff of the inherent and foreseeable risk of harm arising from Defendants' chosen mode, manner, and means of operating their business.

21.

Defendants' failure to exercise reasonable care in their operations of the Premises caused and allowed a fall risk and caused Plaintiff's fall and resulting injuries.

22.

Defendants' negligent operation of the Premises directly and proximately caused Plaintiff's injuries.

23.

Defendants are vicariously liable for the negligent acts and omissions of their employees, contractors, agents, and representatives committed during the course and scope of their employment and in furtherance of Defendants' business. Defendants' employees, contractors, agents, and representatives are included.

Count II – Premise Liability

24.

Plaintiff repeats and realleges paragraphs 1 through 23 above, verbatim.

5

25.

At all material times, Defendants owned, occupied, and were otherwise in possession and control of the Premises and the Premises.

26.

At all material times, Defendants owed a duty to exercise ordinary care to maintain the Premises, the Premises, and all approaches in reasonably safe condition.

27.

Further, Defendants owed a duty to inspect the Premises and the Premises to discover possible dangerous conditions and take reasonable precautions to protect invitees from dangers foreseeable from the arrangement or use of the premises. Robinson v. Kroger Co., 268 Ga. 735, 740 (1997).

28.

Defendants' duty of care included:

    a.   Inspecting the Premises and Premises for hazardous conditions including static conditions and passive defects that posed a hazard or risk;

    b.   Detecting, removing, or otherwise remedying hazardous conditions at the Premises and the Premises that posed a hazard or risk;

    c.   Adequately warning invitees about specific hazards in the Premises and Premises to enable invitees to avoid harm; and

    d.   Ensuring compliance with policies and procedures related to inspection of the Premises.

29.

At all material times, Plaintiff was Defendants' invitee.

30.

On the date of incident, Plaintiff slipped on a wet floor and fell.

31.

The area of the floor that caused Plaintiff's fall was wet for such a sufficient length of time that Defendants knew, or should have known, about it. The significant amount of time that the floor was wet afforded Defendants the opportunity to remedy or remove the hazard and/or warn invitees of the dangerous condition it created.

32.

Defendants had notice or should have had notice of the hazardous conditions and they controlled the condition of the Premises and the Premises. Thus, Defendants and their employees, contractors, agents, and representatives had a duty to repair, remedy, remove, and/or clean the hazardous condition or to warn invitees of the hazard.

33.

Defendants breached their duty to Plaintiff when they negligently failed to clean the floor or warn Plaintiff of the specific hazard.

34.

As a direct and proximate result of Defendants' negligent failure to remove, remedy, or otherwise address the known hazard, Plaintiff slipped, fell, and was injured.

35.

As a direct and proximate result of Defendants' negligent failure to keep the Premises and Premises safe, Plaintiff slipped, fell, and was injured.

36.

As a direct and proximate result of Defendants' negligent failure to warn invitees about the

7

hazardous condition, Plaintiff slipped, fell, and was injured.

<u>Count III – Attorney's Fees & Litigation Costs</u>

37.

Plaintiff repeats and realleges paragraphs 1 through 36 above, verbatim.

38.

Defendants have acted in bad faith, has been stubbornly litigious, or have caused Plaintiff unnecessary trouble and expense such that attorneys fees and litigation costs are warranted pursuant to O.C.G.A. § 13-6-11.

39.

**WHEREFORE**, Plaintiff demands judgment against Defendants and, further, Plaintiff prays:

a.   That process issue requiring Defendants to appear and answer Plaintiff's allegations;

b.   That Defendants be served with a copy of Plaintiff's Complaint for Damages;

c.   That Plaintiff be granted a **trial by jury** of twelve persons for all issues so triable;

d.   That Plaintiff recover all damages allowable and recoverable under applicable law in amounts to be determined by a jury;

e.   That Plaintiff recover general and special damages in amounts to be proved at trial; and

f.   That this Honorable Court order such other and further relief as the Court deems just and proper.

*(Signature on the Following Page)*

8

This 17th day of October, 2024.

_/s/ Shellea D. Crochet_____
SHELLEA D. CROCHET
Georgia Bar No. 735805
scrochet@forthepeople.com

**MORGAN & MORGAN ATLANTA PLLC**
191 Peachtree Street, N.E., Suite 4200
Atlanta, Georgia 30303
Tel: (404) 965-1960
Fax: (404) 496-7355
*Attorney for Plaintiff*

9

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
11/22/2024
CT Log Number 547839932

## Service of Process Transmittal Summary

**TO:**    Jack Tamburello, Litigation Paralegal
MARRIOTT INTERNATIONAL, INC.
7750 WISCONSIN AVE
BETHESDA, MD 20814-3522

**RE:**    **Process Served in Georgia**

**FOR:**    MARRIOTT INTERNATIONAL, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DEIDRE SMITH // To: MARRIOTT INTERNATIONAL, INC. |
| **DOCUMENT(S) SERVED:** | Summonses, First Request(s), First Set of Interrogatories, Certificate, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Gwinnett County State Court, GA<br>Case # 24C09652S5 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/13/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/22/2024 at 14:05 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | SHELLEA D. CROCHET<br>MORGAN & MORGAN ATLANTA PLLC<br>191 Peachtree Street NE<br>Suite 4200<br>Atlanta, GA 30303<br>(404) 965-1960 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/22/2024, Expected Purge Date: 11/27/2024 |
| | Image SOP |
| | Email Notification,  Randi Neches  Randi.Neches@Marriott.com |
| | Email Notification,  Reine Blackwell-Moore  reine.blackwell@marriott.com |
| | Email Notification,  Eleni Planzos  eleni.planzos@marriott.com |
| | Email Notification,  Margaret Dakan  margaret.dakan@marriott.com |
| | Email Notification,  Theresa Coetzee  Theresa.Coetzee@marriott.com |
| | Email Notification,  Dave Bell  dave.bell@marriott.com |
| | Email Notification,  Margot Metzger  margot.metzger@marriott.com |



Email Notification,  Jack Tamburello  jack.tamburello@marriott.com

Email Notification,  Jared Freedman  jared.freedman@marriott.com

**REGISTERED AGENT CONTACT:**        C T Corporation System
289 S. Culver St.
Lawrenceville, GA 30046
877-564-7529
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Nov 22, 2024
**Server Name:** Drop Service

| Entity Served | MARRIOTT INTERNATIONAL, INC. |
|---|---|
| Case Number | 24C09652S5 |
| Jurisdiction | GA |

| Inserts |
|---|
| | | |



**Wolters Kluwer**

## Service of Process Transmittal Summary

**TO:**  Jack Tamburello, Litigation Paralegal
MARRIOTT INTERNATIONAL, INC.
7750 WISCONSIN AVE
BETHESDA, MD 20814-3522

**RE:**  **Process Served in Georgia**

**FOR:**  Marriott Hotel Services, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Deidre Smith // To: Marriott Hotel Services, LLC |
| **DOCUMENT(S) SERVED:** | Summonses, First Request(s), First Set of Interrogatories, Certificate, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Gwinnett County State Court, GA<br>Case # 24C09652S5 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/13/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/22/2024 at 14:05 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Shellea D. Crochet<br>MORGAN & MORGAN ATLANTA PLLC<br>191 Peachtree Street, N.E.<br>Suite 4200<br>Atlanta, GA 30303<br>(404) 965-1960 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/22/2024, Expected Purge Date: 11/27/2024 |
| | Image SOP |
| | Email Notification,  Randi Neches  Randi.Neches@Marriott.com |
| | Email Notification,  Reine Blackwell-Moore  reine.blackwell@marriott.com |
| | Email Notification,  Eleni Planzos  eleni.planzos@marriott.com |
| | Email Notification,  Margaret Dakan  margaret.dakan@marriott.com |
| | Email Notification,  Theresa Coetzee  Theresa.Coetzee@marriott.com |
| | Email Notification,  Dave Bell  dave.bell@marriott.com |
| | Email Notification,  Margot Metzger  margot.metzger@marriott.com |



Email Notification,  Jack Tamburello  jack.tamburello@marriott.com

Email Notification,  Jared Freedman  jared.freedman@marriott.com

| | |
|---|---|
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | Transmittal has been updated to correct attorney details. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGI
**24-C-09652-S**
10/17/2024 3:30 PI
TIANA P. GARNER, CLER

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of **Gwinnett** County

| **For Clerk Use Only** | 24-C-09652-S5 |
|---|---|
| Date Filed _____ | Case Number _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
Smith, Deidre

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Marriott International, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
Marriott Hotel Services, LLC

**Plaintiff's Attorney** Shellea D. Crochet    **Bar Number** 735805    **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                      Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.18