# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEIDRE SMITH,**<br><br>             **Plaintiff,**<br><br>**vs.**<br><br>**MARRIOTT INTERNATIONAL,**<br>**Inc., and MARRIOTT HOTEL**<br>**SERVICES, LLC,**<br><br>             **Defendants.** | **CASE ACTION**<br><br>**CASE NO. 1:24-CV-05872-SCJ** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1, the Parties, by and through undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, unless otherwise agreed by the Parties.

This 18th day of March, 2026.


*/s/ Shellea C. Huff*
Shellea C. Huff, Esq.
Georgia Bar No. 735805
191 Peachtree Street, NE, Suite 4200
Atlanta, Georgia 30343
T:  (404) 965-1960
F:  (404) 965-8812

1

shelly.huff@forthepeople.com
Attorney for Plaintiff


/s/ Douglas K. Burrell
Signed with expressed permission
Douglas K. Burrell
Georgia Bar No. 097537
David M. Roberson, Jr.
Georgia Bar No. 154124
3200 Cobb Galleria Parkway
Suite 250
Atlanta, GA 30339
dburrell@chartwelllaw.com
droberson@chartwelllaw.com
Attorneys for Defendants

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEIDRE SMITH,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MARRIOTT INTERNATIONAL, Inc., and MARRIOTT HOTEL SERVICES, LLC,**<br><br>**Defendants.** | **CASE ACTION**<br><br>**CASE NO. 1:24-CV-05872-SCJ** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day I filed the foregoing ***STIPULATION OF DISMISSAL WITH PREJUDICE*** with the Clerk of Court via its electronic filing system which will provide notice of same to all counsel of record.

This 18th day of March, 2026.

**MORGAN & MORGAN**

*/s/ Shellea C. Huff*
Shellea C. Huff, Esq.
Georgia Bar No. 735805

191 Peachtree Street, NE, Suite 4200
Atlanta, Georgia 30343
T:  (404) 965-1960
shelly.huff@forthepeople.com

3